## 35403. WOODS v. LONG MANUFACTURING N. C., INC. et al.

PER CURIAM.

Upon further consideration we conclude that certiorari was improvidently granted.

*Writ dismissed. Nichols, C. J., Undercofler, P. J., Jordan, Hill, Bowles and Marshall, JJ., and Judge Charles L. Weltner, concur. Clarke, J., not participating.*

ARGUED NOVEMBER 13, 1979 — DECIDED FEBRUARY 5, 1980.

*Spivey & Carlton, Robert S. Reeves,* for appellant.
*Ralph Bowden, III, F. Saunders Aldridge, III,* for appellees.